UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**KYOCERA CORPORATION,**<br>**KYOCERA COMMUNICATIONS, INC.,**<br>**KYOCERA INTERNATIONAL, INC.,**<br>**KYOCERA AMERICA, INC., and**<br>**CELLCO PARTNERSHIP d/b/a VERIZON**<br>**WIRELESS.**<br><br>    **Defendants.** | CIVIL ACTION NO. 6:13-cv-854<br><br>**JURY TRIAL DEMANDED** |

**KYOCERA CORPORATION, KYOCERA COMMUNICATIONS, INC., KYOCERA INTERNATIONAL, INC., AND KYOCERA AMERICA, INC.'S CERTIFICATE OF INTERESTED PARTIES**

Defendants Kyocera Corporation, Kyocera Communications, Inc., Kyocera International, Inc., and Kyocera America, Inc., by and through their undersigned counsel, hereby identify the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

Kyocera Communications, Inc.

Kyocera America, Inc.

Kyocera International, Inc.

Kyocera Corporation

KYOCERA DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES – Page 1

        Respectfully submitted,

        */s/ Jennifer H. Doan*
        Jennifer H. Doan
        Texas Bar No. 08809050
        Christy Samansky Hawkins
        Texas Bar No. 24085575
        HALTOM & DOAN
        6500 Summerhill Road, Suite 100
        Texarkana, TX 75503
        Telephone: (903) 255-1000
        Facsimile: (903) 255-0800
        Email: jdoan@haltomdoan.com
        Email: chawkins@haltomdoan.com

        David Eiseman (CA Bar No. 114758)
        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP
        1299 Pennsylvania Avenue NW, Suite 825
        50 California Street, 22nd Floor
        San Francisco, CA 94000
        Telephone: (415) 875-6600
        Facsimile: (415) 875-6700
        Email: davideiseman@quinnemanuel.com

        **ATTORNEYS FOR DEFENDANTS**
        **KYOCERA CORPORATION,**
        **KYOCERA COMMUNICATIONS, INC.,**
        **KYOCERA INTERNATIONAL, INC.,**
        **KYOCERA AMERICA, INC.**

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 13th day of May, 2014.

        */s/ Jennifer H. Doan*
        Jennifer H. Doan