**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.,** )<br>)<br>v. )<br>)<br>**ASUSTEK, ET AL.** )<br>) | Civil Action No. 6:13-cv-433 |
| **ADAPTIX, INC.,** )<br>)<br>v. )<br>)<br>**NEC CASIO, ET AL.** )<br>) | Civil Action No. 6:13-cv-585 |
| **ADAPTIX, INC.,** )<br>)<br>v. )<br>)<br>**PANTECH, ET AL.** )<br>) | Civil Action No. 6:13-cv-778 |
| **ADAPTIX, INC.,** )<br>)<br>v. )<br>)<br>**KYOCERA, ET AL.** )<br>) | Civil Action No. 6:13-cv-853 |
| **ADAPTIX, INC.,** )<br>)<br>v. )<br>)<br>**KYOCERA, ET AL.** )<br>) | Civil Action No. 6:13-cv-854 |
| **ADAPTIX, INC.,** )<br>)<br>v. )<br>)<br>**NEC, ET AL.** )<br>) | Civil Action No. 6:13-cv-922 |

06058676

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's April 28, 2014 Order, ¶3, plaintiff, ADAPTIX, Inc., hereby files its Certificate Listing of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

Adaptix, Inc.

Acacia Research Group LLC

Hayes Messina Gilman & Hayes LLC

Tadlock Law Firm.

Date: May 13, 2014                           **ADAPTIX, INC.**

                                                By:     /s/ Craig Tadlock
                                                       Craig Tadlock
                                                       Texas State Bar No. 00791766
                                                       **TADLOCK LAW FIRM PLLC**
                                                       2701 Dallas Parkway, Suite 360
                                                       Plano, Texas 75093
                                                       Phone:  903-730-6789
                                                       craig@tadlocklawfirm.com

                                                       Paul J. Hayes (*pro hac vice*)
                                                       Steven E. Lipman (*pro hac vice*)
                                                       **HAYES MESSINA GILMAN HAYES, LLC**
                                                       200 State Street, 6th Floor
                                                       Boston, MA 02109
                                                       phayes@hayesmessina.com
                                                       slipman@hayesmessina.com
                                                       Telephone: (617) 345-6900
                                                       Facsimile: (617) 443-1999

                                                      **ATTORNEYS FOR PLAINTIFF**
                                                      **ADAPTIX, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 13th day of May, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                        _/s/ Craig Tadlock_
                                        Craig Tadlock