# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC.<br><br>      Plaintiff,<br><br>  v.<br><br>KYOCERA CORPORATION,<br>KYOCERA COMMUNICATIONS, INC.,<br>KYOCERA INTERNATIONAL, INC.,<br>KYOCERA AMERICA, INC., and<br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS.<br><br>      Defendants. | CIVIL ACTION NO. 6:13-cv-854 |

**STIPULATION REGARDING TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO TRIAL BEFORE THE MAGISTRATE JUDGE, AND JOINT UNOPPOSED MOTION TO RELATE THE ABOVE-STYLED ACTION TO CASE NOS. 5:13-CV-1774, -1776, -1777, -1778, -1844, -2023, AND 5:14-CV-1259, -1379, -1380, -1385, -1386, -1387 CURRENTLY PENDING IN THE NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff Adaptix, Inc. ("Adaptix") and Defendants Kyocera Communications, Inc. ("KCI") and Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") hereby stipulate and agree as follows:

1.    Subject to and upon the dismissal of Defendants Kyocera Corporation ("KCJ"), Kyocera International, Inc. ("KII"), and Kyocera America, Inc. ("KAI") from this case pursuant to a separate Stipulation Regarding Dismissal of Certain Kyocera Defendants being filed concurrently with this Stipulation, the filing of a Joint Motion to Transfer Case No. 6:13-cv-854 from the Eastern District of Texas to the Northern District of California ("Joint Transfer Motion"), and the Court entering an order granting the Joint Transfer Motion and transferring the case from the Eastern District of Texas to the Northern District of California, Adaptix, KCI, and Verizon Wireless will file

in the Northern District of California a Joint Motion to Relate Case No. 6:13-cv-854 to the following Adaptix cases currently pending before Magistrate Judge Grewal in the Northern District of California: Case Nos. 5:13-cv-1774, -1776, -1777, -1778, -1844, -2023, and 5:14-cv-1259, -1379, -1380, -1385, -1386, and -1387.

2. Subject to this case being assigned to Magistrate Judge Grewal, Adaptix, KCI, and Verizon Wireless agree to file in the Northern District of California respective notices of consent to proceed before Magistrate Judge Grewal for all purposes, including trial, in the Northern District of California in this case.

3. Subject to this case being transferred to the Northern District of California and assigned to Magistrate Judge Grewal, Adaptix, KCI, and Verizon Wireless each agree that any witnesses, including fact and Fed. R. Civ. P. 30(b)(6) witnesses, will be produced only within the lower 48 United States. This provision applies to any relevant KCJ, KII, and KAI witnesses who are produced for deposition by KCI in accordance with the terms of the separate Stipulation Regarding Dismissal of Certain Kyocera Defendants being filed concurrently with this Stipulation. The depositions of any KCI, KCJ, KII, or KAI witnesses will be taken in the San Francisco or Los Angeles office of Quinn Emanuel Urquhart & Sullivan, LLP.

4. In the event that this case is not actually transferred to the Northern District of California, the stipulations in the immediately preceding Paragraphs 1-3 will become null and void.

Respectfully submitted,

*/s/ Craig Tadlock (with permission)*
Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: keith@tadlocklawfirm.com

Paul J. Hayes
Samiyah Diaz
Steven E. Lipman
HAYES, MESSINA, GILMAN &
HAYES LLC
200 State Street, 6th Floor
Boston, MA 02109
Tel: (978) 809-3850
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: sdiaz@hayesmessina.com
Email: slipman@hayesmessina.com

**ATTORNEYS FOR PLAINTIFF ADAPTIX, INC.**

*/s/ Jennifer H. Doan*
Jennifer H. Doan (State Bar No. 08809050)
Christy Samansky Hawkins (State Bar No. 24085575)
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: chawkins@haltomdoan.com

David Eiseman (California Bar No. 114758)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: davideiseman@quinnemanuel.com

**ATTORNEYS FOR DEFENDANTS KYOCERA CORPORATION, KYOCERA COMMUNICATIONS, INC., KYOCERA INTERNATIONAL, INC., KYOCERA AMERICA, INC.**

*/s/ Mark D. Flanagan (with permission)*
Mark D. Flanagan
Robert M. Galvin
Geoffrey M. Godfrey
Cortney C. Hoecherl
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: (650) 858-6100
mark.flanagan@wilmerhale.com
robert.galvin@wilmerhale.com
geoff.godfrey@wilmerhale.com
cortney.hoecherl@wilmerhale.com

        Michael E. Jones
        Patrick C. Clutter, IV
        POTTER MINTON, P.C.
        110 North College, Suite 500
        Tyler, TX 75710
        Phone: (903) 597-8311
        mikejones@potterminton.com
        patrickclutter@potterminton.com

**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**

## CERTIFICATE OF SERVICE

        The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 28th day of May, 2014.

        */s/ Jennifer H. Doan*
        Jennifer H. Doan