UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KYOCERA CORPORATION,<br>KYOCERA COMMUNICATIONS, INC.,<br>KYOCERA INTERNATIONAL, INC.,<br>KYOCERA AMERICA, INC., and<br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS.<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:13-cv-854 |

## ORDER ON THE PARTIES' STIPULATION OF DISMISSAL OF <u>CERTAIN KYOCERA DEFENDANTS</u>

Before the Court is the Parties' Stipulation Regarding Dismissal of Certain Kyocera Defendants. The Court having considered the Stipulation,

It is hereby ORDERED that Plaintiff Adaptix, Inc.'s ("Adaptix") claims against Defendants Kyocera Corporation ("KCJ"), Kyocera International, Inc. ("KII"), and Kyocera America, Inc. ("KAI") are dismissed without prejudice, with each party to bear its own attorneys' fees and costs. This dismissal does not release Adaptix's claims against Defendants Kyocera Communications, Inc. ("KCI") or Cellco Partnership d/b/a Verizon Wireless in this case.

　　**It is SO ORDERED.**

　　**SIGNED this 29th day of May, 2014.**

_Michael Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE