UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>KYOCERA CORPORATION,<br>KYOCERA COMMUNICATIONS, INC.,<br>KYOCERA INTERNATIONAL, INC.,<br>KYOCERA AMERICA, INC., and<br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS.<br><br>    Defendants. | CIVIL ACTION NO. 6:13-cv-854 |

ORDER ON THE PARTIES' STIPULATION REGARDING
TRANSFER AND JOINT MOTION TO TRANSFER TO THE
NORTHERN DISTRICT OF CALIFORNIA

Before the Court are the Parties' Stipulation Regarding Transfer and Joint Motion to Transfer this case to the Northern District of California. The Court having considered the Stipulation and Joint Motion, it is hereby ORDERED that this case is transferred to the Northern District of California.

**It is SO ORDERED.**

**SIGNED this 29th day of May, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE